KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| Trudy Jean Thompson,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Carolyn W. Colvin, Acting Commissioner of<br><br>Social Security,<br><br>　　　　　Defendant | Civil No.:  1:14-cv-04404 NJV<br><br>ORDER & STIPULATION IN SUPPORT OF PLAINTIFF'S DISMISSAL OF COMPLAINT |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Trudy Thompson dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.

Dated:  January 23, 2015				/s/ Kenneth J. Collins
							KENNETH J. COLLINS
							Attorney for Plaintiff

Dated:  January 23, 2015				MELINDA L. HAAG
							United States Attorney

1            DONNA L. CALVERT
           Regional Chief Counsel, Region IX
2            Social Security Administration

3            /s/ Tova Wolking
           TOVA WOLKING
4            Special Assistant United States Attorney
           Attorneys for Defendant
5

6

7 PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9 Dated   January 27, 2015

           NANDOR J. VADAS
10            United States Magistrate Judge

Stipulation In Support Of Plaintiff's Dismissal of Complaint, Case No. 1:14-cv-04404-NJV